UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>ONE PAINTING/PASTEL TITLED "Jeune )<br>Femme Aux Yeux Bleus" )<br>by Amedeo Modigliani, )<br>       Defendant. )<br>) | Civil Action No. 05-10896-RCL |

NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance on behalf of the claimant Carla Barsotti.

                                       Respectfully submitted,

                                       / S /  Peter B. Krupp

Dated: July 1, 2005                      Peter B. Krupp
                                             B.B.O. #548112
                                        Lurie & Krupp, LLP
                                        One McKinley Square
                                        Boston, MA 02109
                                        Tel. 617-367-1970