UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ONE PAINTING/PASTEL TITLED "Jeune<br>Femme Aux Yeux Bleus"<br>by Amedeo Modigliani,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10896-RCL |

## VERIFIED STATEMENT OF CARLA BARSOTTI

Pursuant to 18 U.S.C. §§ 981 and 983, and Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Carla Barsotti, hereby states her interest in, and asserts her claim to, the painting titled "Jeune Femme Aux Yeux Bleus" by Amedeo Modigliani ("the Defendant Property").

1.    Carla Barsotti lives in Livorno, Italy.

2.    Carla Barsotti purchased the Defendant Property on February 26, 1991 from Paul Raffray of Drain, France. At all times from February 26, 1991 to the present, Carla Barsotti has been the sole owner of the Defendant Property.

3.    Attached as Exhibit A is a true copy of the Affidavit of Carla Barsotti, which she signed on March 10, 2004 in connection with her efforts to demonstrate to the government her ownership of the Defendant Property. The facts set out in the attached affidavit are true.

CARLA BARSOTTI
By her attorneys,

Peter B. Krupp, B.B.O. #548112
Sara A. Laroche, B.B.O. #652479
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel. 617-367-1970

Dated: July 1, 2005

## VERIFICATION

I, Carla Barsotti, state that I have read the foregoing Verified Statement of Carla Barsotti and that the contents thereof are true to the best of my knowledge, information and belief. Signed subject to the pains of perjury this 28 day of June, 2005.

_Carla Barsotti_
Carla Barsotti

Brevetto n° 3917 (three-nine-one-seven).------------------------------------------------------------------------------------
Lugano, Juny 28th 2005. ----------------------------------------------------------------------------------------------------
This is to certify that above signature is the true signature of Miss **Carla Barsotti**, born on 7th (seventh) of September 1945 (one thousand nine hundred and fourty-five), citizen from Pontedera (Italy), living in Livorno (Italy) Via Roma 106, who identified herself by means of an italian Identity card bearing the number AE 2286577, who has having put her signature personally before me. ------------------------------------
I therefore sign and affix my seal.--------------------------------------------------------------------------------------
Avv. Claudio Codoni, Notary Public in Lugano (Ticino - Switzerland).--------------------------------------------

Brevetto No. 3618.....

Foglio ..........1.............

## AFFIDAVIT OF CARLA BARSOTTI

I, Carla Barsotti, hereby on oath state as follows:

1.      I am a resident of Livorno, Italy.  I make this affidavit based upon my own personal knowledge in connection with the United States government's seizure of a painting by Amedeo Modigliani ("Modigliani") during an investigation of Arnold Katzen ("Katzen").  The painting in question is Modigliani's original oil-on-canvas entitled "Jeune Femme Aux Yeux Bleus" (the "Painting").  See Handwritten Note from Angela Ceroni dated March 7, 1977, together with an image of the painting, attached as Exhibit A.

2.      I purchased the Painting on February 26, 1991, from Paul Raffray of Drain, France.  See Handwritten Note dated 26 February 1991, attached hereto as Exhibit B.

3.      At all times from February 26, 1991 to the present, I have been the sole owner of the Painting.

4.      After I bought the Painting, I made arrangements for the Painting to be deposited at Mobel-Transport AG in Chiasso, Switzerland, and to have the Painting shown at art exhibitions in France, Japan and Korea between 1991 and 1995.  I retained ownership of the Painting at all times that it was on loan for these shows.  Thereafter, the Painting remained in storage in Switzerland until approximately 2000.

5.      In 2000, I decided to sell the Painting.  I engaged the assistance of Christian Parisot ("Parisot"), a professor at the University of Orleans in France.  At that time, Parisot was responsible for the "Archives Legales Modigliani" in Paris, was President of the "Archivi Modigliani" in Livorno, and was also a recognized expert on the works of Modigliani.  I selected Parisot to assist me in selling the Painting because I thought that he was best able to assess the value of the Painting and would get the best price for it.

6.      In or about April 2000, Parisot reached an agreement on my behalf with Katzen to have the Painting transported to American European Art Associates, Inc., Katzen's art gallery in New York, for sale on a consignment basis.  I did not know Katzen and had no dealings with him.  It was my understanding that Parisot was arranging for restoration of the Painting and then would seek a buyer for it.

7.      At all times from February 26, 1991 to the present, I have been and continue to be the sole owner of the Painting.  During the period when Parisot and Katzen assisted in finding a purchaser for the Painting, I did not transfer my interest in the Painting, nor did anyone else acquire any ownership interest in the Painting.

Signed subject to the pains of perjury this *10* day of March, 2004.


_____
Carla Barsotti

---

Brevetto n° 3618 (three-six-one-eight). --------------------------------------------------------------Page 2 (two)
Lugano, March, 10th (tenth) 2004 (two thousand and four). ---------------------------------------------
This is to certify that the above signature is the true signature of Miss **Carla Barsotti**, born on 7th (seventh) of September 1945 (one thousand nine hundred and fourty-five), citizen from Pontedera (Italy) living in Livorno (Italy), who identified himself by means of a italian Identity card bearing the number AE 2286577 (A-E-two-two-eight-six-five-seven-seven), who has having put his signature personally before me on the pages one and two of this document. --------------------------------------------------------------------------------
I therefore sign and affix my seal.-----------------------------------------------------------------------------
Avv. Claudio Codoni, Notary Public in Lugano (Ticino - Switzerland).-------------------------------------

2

A

41 cm X 33 cm

Dichiaro che il dipinto ad
olio su su tela riprodotto
in questa fotografia, formato
em 41 X 33 raffigurante un ritratto
di donna firmato in alto a destra
Modigliani è stato archiviato da mio
marito Ambrogio Ceroni fra le opere
autentiche di Amedeo Modigliani
nell'anno 1970.

Milano 7. 3-77
Angela Ceroni

ARCHIVES
LEGALES
AMEDEO
MODIGLIANI

ARCHIVES
LEGALE
AMEDEO
MODIGLIANI



ARCHIVES
LEGALE
AMEDEO

41 cm x 33 cm

I declare that the oil-on-canvass painting reproduced in this photograph, format cm 41 x 33, showing a portrait of a woman, signed Modigliani at the top right, was filed by my husband, Ambrogio Ceroni, among the authentic works of Amedeo Modigliani in the year 1970.

Milan, 3/7/77

[signed:] Angela Ceroni

ARCHIVES
LEGALES
AMEDEO
MODIGLIANI

TRANSPERFECT | TRANSLATIONS

### AFFIDAVIT OF ACCURACY

I, Leah Hershberger hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the following handwritten note from Angela Ceroni.

Leah Hershberger
TransPerfect Translations, Inc.

Sworn to before me this
16th day of February 2004

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2004

Stamp, Notary Public

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

B

199, rue de Bellevue.

49530 DRAIN.

Tel 40-98-24-57.

26 Février 91.

Le tableau photographié ci-contre
avec les certificats d'authenticité à été
cedé a Madame Carla Barsotti ce jour.
Je declare avoir possedé cette toile pendant
trente ans. (em 41×33) huile sur toile.
signer Modigliani.

le 26 Février 91.

J. N____



PAUL RAFFRAY
199, rue de Bellevue
49530 DRAIN.

Tel. 40-98-24-57.

February 26, 91.

    The painting photographed herein with the authenticity certificates was sold to Mrs. Carla Barsotti today. I declare that I have owned this painting for thirty years. (cm 41 x 33) oil on canvass. signed Modigliani.

February 26, 91.

[signature]

**TRANSPERFECT | TRANSLATIONS**

### AFFIDAVIT OF ACCURACY

I, Leah Hershberger hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the following handwritten note dated 26 February 1991.

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

Leah Hershberger
TransPerfect Translations, Inc.

Sworn to before me this
16th day of February 2004

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2007

Stamp, Notary Public