UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONE PAINTING/PASTEL TITLED "Jeune )<br>Femme Aux Yeux Bleus" )<br>by Amedeo Modigliani, )<br>Defendant. )<br>) | Civil Action No. 05-10896-RCL |

CLAIMANT CARLA BARSOTTI'S ANSWER TO
VERIFIED COMPLAINT FOR FORFEITURE IN REM

Pursuant to 18 U.S.C. § 983(a)(4)(B), claimant Carla Barsotti ("Ms. Barsotti") hereby answers the numbered paragraphs in the Verified Complaint for Forfeiture in Rem as follows:

1. Paragraph 1 contains conclusions of law to which no answer is required.

2. Ms. Barsotti does not have sufficient information to admit or deny the allegations contained in paragraph 2.

3. Paragraph 3 contains a definition of a term as to which no answer is required. Further answering, Ms. Barsotti accepts the definition of "Defendant Modigliani" set out in paragraph 3.

4. Paragraph 4 contains conclusions of law to which no answer is required. To the extent paragraph 4 contains allegations of fact, Ms. Barsotti denies those allegations.

5. Paragraph 5 contains conclusions of law to which no answer is required. To the extent paragraph 5 contains allegations of fact, Ms. Barsotti denies those allegations.

### First Affirmative Defense

The government's claim fails because the Defendant Modigliani is not subject to forfeiture.

### Second Affirmative Defense

The government's claim fails because Ms. Barsotti is an innocent owner, within the meaning of 18 U.S.C. § 983(d), of the Defendant Modigliani because she did not know of the conduct allegedly giving rise to forfeiture.

### Third Affirmative Defense

The government's claim fails because civil forfeiture of Ms. Barsotti's interest in the Defendant Modigliani constitutes an excessive fine in violation of the Eighth Amendment of the United States Constitution.

WHEREFORE, Ms. Barsotti respectfully requests that this Court:

a. Enter an Order that no judgment of forfeiture shall be decreed against the Defendant Modigliani to the extent of Ms. Barsotti's interest in the Defendant Modigliani;

b. Enter an Order that the Defendant Modigliani be immediately returned to Ms. Barsotti; and

c. Enter an Order for such costs and other relief to which Ms. Barsotti may be entitled.

CARLA BARSOTTI
By her attorneys,

/ S / Peter B. Krupp

Dated: July 15, 2005

Peter B. Krupp, B.B.O. #548112
Sara A. Laroche, B.B.O. #652479
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel.  617-367-1970