```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
         Plaintiff,              )
                                 )
     v.                          )   Civil Action No.
                                 )   05-10896-RCL
ONE PAINTING/PASTEL TITLED "Jeune)
Femme Aux Yeux Bleus"            )
by Amedeo Modigliani,            )
         Defendant.              )
```

**NOTICE OF SUBSTITUTION OF APPEARANCE**

Please substitute the undersigned for Shelbey Wright as counsel for the United States in the above matter.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                     By: /s/Eugenia M. Carris
                         EUGENIA M. CARRIS
                         Assistant U.S. Attorney
                         1 Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3376

Date: August 2, 2005

CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice of Withdrawal and Substitution of Appearance by mailing a copy of same, postage prepaid, first class mail upon Peter B. Krupp, Esquire, counsel for Carla Barsotti, Lurie & Krupp LLP, One McKinley Square, Boston, MA 02109.

                         /s/Eugenia M. Carris
                         Eugenia M. Carris

Date: August 2, 2005