

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF **UNITED STATES OF AMERICA** | COURT CASE NUMBER **CA No. 05-10896-RCL** |
|---|---|

| DEFENDANT **One Painting/Pastel titled "Jeune Femme Aux Yeux Bleus" by Amedeo Modigliani** | TYPE OF PROCESS **Complaint and Warrant & Monition** |
|---|---|

| SERVE AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize |
|---|---|
| | Arnold Katzen |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |
| | 115 East 89th Street, Apt. 5B, New York, NY 10128 |

| Send NOTICE OF SERVICE copy to Requester: SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY UNITED STATES ATTORNEY'S OFFICE John Joseph Moakley United States Courthouse 1 Courthouse Way, Suite 9200 Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Verified Complaint for Forfeiture in Rem and Warrant and Monition upon the above-named Individual by certified mail, return receipt requested.

JMD x3296

| Signature of Attorney or other Originator requesting service on behalf of [ X ]Plaintiff [ ]Defendant | Telephone No. (617) 748-3100 | Date May 25, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. _____ | District to Serve No. _____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM |
| | Please see REMARKS below | |
| | Signature, Title and Treasury Agency Stephen P. Leonard, Forfeitures Officer U.S. Customs and Border Protection | Aug. 10, 2005 |

**REMARKS:**
Served as instructed above via certified mail number 7001 2510 0003 4300 0549 on June 01, 2005. Copy of signed Postal receipt attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Arnold Katzen
Street, Apt. No.; or PO Box No. 115 East 89th Street
City, State, ZIP+4 Apt. 5B New York, New York 10128

PS Form 3800, January 2001          See Reverse for Instructions

*(vertical left margin: 7001 2510 0003 4300 0549)*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 05-10896-RCL

1. Article Addressed to:

Arnold Katzen
115 East 89th Street
Apartment 5B
New York, New York 10128

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
(Transfer from serv.)   7001 2510 0003 4300 0549

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-0381