

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-10896-RCL |
|---|---|
| DEFENDANT<br>One Painting/Pastel titled "Jeune Femme Aux Yeux Bleus" by Amedeo Modigliani | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize |
|---|---|
| | William Kettlewell, Esquire, Counsel for Arnold Katzen |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |
| | Dwyer & Collora, 600 Atlantic Avenue, Boston, MA 02110 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Verified Complaint for Forfeiture *in Rem* and Warrant and Monition upon the above-named Individual by certified mail, return receipt requested.

JMD x3296

| Signature of Attorney or other Originator requesting service on behalf of  [X] Plaintiff   [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>May 25, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service / Time of Service [ ] AM [X] PM<br>Please see below REMARKS<br><br>Signature, Title and Treasury Agency  Aug. 10, 2005<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection |

**REMARKS:** Served as instructed above via certified mail number 7001 2510 0003 4300 0518 on June 01, 2005. Copy of signed Postal receipt attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

