

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF**<br>UNITED STATES OF AMERICA | **COURT CASE NUMBER**<br>CA No. 05-10896-RCL |
| **DEFENDANT**<br>One Painting/Pastel titled "Jeune Femme Aux Yeux Bleus" by Amedeo Modigliani | **TYPE OF PROCESS**<br>Complaint and Warrant & Monition |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Stephen Delinsky, Esquire, Counsel for Shirley Sack |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>Eckert, Seamans, Cherin & Mellott, LLC,<br>One International Place, 18th Floor, Boston, MA 02210 |

| Send NOTICE OF SERVICE copy to Requester:<br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Verified Complaint for Forfeiture in Rem and Warrant and Monition upon the above-named Individual by certified mail, return receipt requested.

JMD x3296

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Shelbey D. Wright*   [X] Plaintiff  [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>May 25, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service  [ ] AM [ ] PM<br>Please see below REMARKS<br>Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection   Aug. 10, 2005 |

**REMARKS:**
Served as instructed above via certified mail number 7001 2510 0003 4300 0525 on June 01, 2005. Copy of signed Postal receipt attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Stephen Delinsky, Esquire
Street, Apt. No. Counsel for Shirley Sack
or PO Box No. Eckert, Seamans, Cherin &
City, State, ZIP+4 Mellott, LLC 1 Int'l Place
18th Floor Boston, MA 02210

PS Form 3800, January 2001         See Reverse for Instructions

7001 2510 0003 4300 0525

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 05-10896RCL

1. Article Addressed to:

   Stephen Delinsky, Esq.
   Counsel for Shirley Sack
   Eckert, Seamans, Cherin &
   Mellott, LLC
   1 Int'l Place
   18th Floor
   Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   [illegible]                   6/7/05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service)   7001 2510 0003 4300 0525

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381