

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-10896-RCL |
|---|---|
| DEFENDANT<br>One Painting/Pastel titled "Jeune Femme Aux Yeux Bleus" by Amedeo Modigliani | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize

PUBLICATION

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:

SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Libel at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant and Monition and applicable law.

JMD x3296

| Signature of Attorney or other Originator requesting service on behalf of<br>*Shelbey D. Wright*   [X] Plaintiff  [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>May 25, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service  [ ] AM  [ ] PM | |
| | Please see below REMARKS | | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | Aug. 10, 2005 | |

**REMARKS:**

Published as instructed above in the Boston Herald newspaper on June 02, 09 and 16, 2005. Copy of publication attached. Copy of Publisher's Certificate attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this ___10th___ day of ___August___ A.D. 20_05_
personally appeared before the undersigned, a Notary Public, within and for

the said county, ___Madeleine M. Sheehan___

of the ___Boston Herald___ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

___CBP 2001040100002801___ advertisement was published in said newspaper in its issues of

___June 2, 9, 16___ A.D. 20 _05_

_Madeleine M Sheehan_

Subscribed and sworn to before me this ___10th___

day of ___August___ A.D. 20 _05_

_Valerie Delano_
Notary Public

VALERIE MARIE DELANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 24, 2011

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL
Civil Case No. 05-10896-RCL
United States of America, District of Massachusetts, at Boston, Massachusetts, May Ar, Plns,

Notice is hereby given that a Libel has been filed in the United States District Court against One Painting Titled "Jeune Femme aux Yeux Bleus" by Amedeo Modigliani (the Defendant Property) pursuant to 18 U.S.C. Sec. 981(a)(1)(A).

All claims to the Defendant Property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules of Certain Admiralty and Maritime Claims. All claims and answers must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 Code of Federal Regulations, Part 9.

Port Director
United States Dept. of Homeland Security
Bureau of Customs and Border Protection
District of Massachusetts
CBP 2001040100002801
Jun 2, 9, 16

AUG-10-2005 15:10    BOSTON HERALD CLASSIFIED    617 423 0887    P.02
TOTAL P.02