UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>ONE PAINTING/PASTEL TITLED "Jeune Femme Aux Yeux Bleus" by Amedeo Modigliani,<br>    Defendant,<br><br>CARLA BARSOTTI,<br>    Claimant. | Civil Action No. 05-10896-RCL |

JOINT STATEMENT OF THE PARTIES

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Carla Barsotti, by her attorney, Peter B. Krupp, respectfully submit this Joint Statement pursuant to Local Rule 16.1, as modified by the Notice of Scheduling Conference and Additional Matters dated July 18, 2005 ("Notice").

1. Agenda for Scheduling Conference.

The parties agree that the following two issues should be on the agenda at the scheduling conference scheduled for September 21, 2005: (i) scheduling discovery, dispositive motions and trial; and (ii) scheduling a session for judicial mediation in mid-December, 2005.

2. Statement of the Parties

Pursuant to paragraph I(D)(1), the parties provide the following summary of their positions with respect to both liability and relief sought.

    A.    *The government's position*: The painting was involved in a money

laundering transaction. It is the government's position that claimaint will be unable to establish that she is an innocent owner of the painting at issue. She has not presented sufficient evidence to date to authenticate the painting or provenance. The government seeks forfeiture of the painting.

 B. *The claimant's position*: Carla Barsotti purchased the subject painting on February 26, 1991 from Paul Raffray of Drain, France. At all times thereafter, Ms. Barsotti has been the sole innocent owner of the painting, unaware of any facts which would give rise to a basis for the government to seek to forfeit the painting. Ms. Barsotti seeks the prompt return of the painting.

3. <u>Proposed Pretrial Schedule</u>.

The parties propose the following schedule for discovery events and the filing of pre-trial motions:

 a. Automatic disclosures to be served by September 21, 2005.

 b. Interrogatories and document requests to be served by October 7, 2005, with responses in accordance with the Rules of Civil Procedure.

 c. Depositions to be completed by January 31, 2006.

 d. Expert discovery will be conducted as follows:

  i) The plaintiff will disclose its expert(s), answer expert interrogatories and provide expert report(s) by December 2, 2005;

  ii) The claimant will disclose her expert(s), answer expert interrogatories and provide expert report(s) by January 2, 2005;

        iii)    The plaintiff reserves the right to provide a rebuttal expert report by January 15, 2006; and

        iv)    The parties will complete expert depositions, if necessary, by January 31, 2006.

    d.    Dispositive motions to be filed on or before March 3, 2006.

    e.    Opposition to dispositive motions to be filed on or before March 24, 2006.

The parties request that the Court schedule a hearing on dispositive motions at this time and set a trial date as well.

    4.    <u>Certifications</u>.  Signed certifications from the parties pursuant to paragraph I(D)(4) of the Notice are attached for both the government and the claimant.

    5.    <u>Trial by Magistrate Judge</u>.  The parties do not consent to trial by magistrate judge.

Respectfully submitted,

| MICHAEL J. SULLIVAN<br>United States Attorney, | CARLA BARSOTTI,<br>By her attorney |
|---|---|
| by: /s/ EUGENIA M. CARRIS<br>Eugenia M. Carris<br>Assistant U.S. Attorney<br>John J. Moakley Federal Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3376 | /s/ PETER B. KRUPP<br>Peter B. Krupp (B.B.O. # 548112)<br>Lurie & Krupp LLP<br>One McKinley Square<br>Boston, MA 02109<br>(617) 367-1970 |

Date:  September 15, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,   )<br>            )<br>v.          )<br>            )<br>ONE PAINTING/PASTEL TITLED "Jeune )<br>Femme Aux Yeux Bleus"   )<br>by Amedeo Modigliani,    )<br>    Defendant.   )<br>_____  )<br>            )<br>CARLA BARSOTTI,    )<br>    Claimant.   )   | Civil Action No. 05-10896-RCL |

## GOVERNMENT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned representative of the plaintiff hereby certifies, pursuant to Local Rule 16.1 (D)(3), that she has conferred with counsel on the following:

 1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

 2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| UNITED STATES CUSTOMS AND<br>BORDER PROTECTION, | By its attorney,<br>MICHAEL J. SULLIVAN<br> United States Attorney |
| By:/s/Christopher T. Doherty<br> Christopher T. Doherty<br> Assistant Chief Counsel<br> 10 Causeway Street, Room 879<br> Boston, MA 02222-1055 | By: /s/Eugenia M. Carris<br> Eugenia M. Carris<br> Assistant U.S. Attorney<br> 1 Courthouse Way. Suite 9200<br> Boston, MA  02210<br> (617) 748-3376 |

Dated this 15th day of September, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br> )<br> )<br>v. )<br> )<br>ONE PAINTING/PASTEL TITLED "Jeune )<br>Femme Aux Yeux Bleus" )<br>by Amedeo Modigliani, )<br>      Defendant. )<br>_____) | Civil Action No. 05-10896-RCL |

CARLA BARSOTTI'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)

Claimant Carla Barsotti ("Ms. Barsotti"), and her counsel, certify that we have conferred by and through counsel:

(a)   with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: September 12, 2005

_____
Carla Barsotti

Dated: Sept 15, 2005

CARLA BARSOTTI
By her attorneys,

_____
Peter B. Krupp, B.B.O. #548112
Sara A. Laroche, B.B.O. #652479
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel. 617-367-1970