UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ONE PAINTING/PASTEL TITLED "Jeune )<br>Femme Aux Yeux Bleus" )<br>by Amedeo Modigliani, )<br>      Defendant. )<br>) | Civil Action No. 05-10896-RCL |

ASSENTED-TO MOTION TO EXTEND
DISCOVERY SCHEDULE BY NINETY DAYS

Claimant Carla Barsotti, with the assent of the government, by Assistant U.S. Attorney Eugenia M. Carris, moves to extend by ninety (90) days the deadlines set on September 21, 2005 for discovery and post-discovery events to set the following new schedule:

1. Fact discovery to close by May 1, 2006.

2. Plaintiff to disclose experts by March 2, 2006.

3. Claimant to disclose experts by April 3, 2006.

4. Plaintiff to disclose rebuttal experts by April 17, 2006.

5. Dispositive motions due by June 2, 2006.

6. Responses to dispositive motions due by June 23, 2006.

In support of this motion, Mrs. Barsotti states as follows:

The additional time is necessary for the parties to complete the discovery necessary in this case. Discovery in this case has been, and the parties anticipate it will continue to be, complicated by the fact that the claimant and other important witnesses reside outside of the

2

United States (e.g. Italy and France) and conduct their daily affairs in languages other than English.

    For these reasons, Mrs. Barsotti, with the assent of the government, requests the Court to extend the deadlines set on September 21, 2005 for discovery and post-discovery events by ninety (90) days as set forth above.

                                                        CARLA BARSOTTI
                                                        By her attorneys,

                                                        / S / Peter B. Krupp

Dated: January 10, 2006                        Peter B. Krupp
                                                         B.B.O. #548112
                                                       Sara A. Laroche
                                                          B.B.O. #652479
                                                       Lurie & Krupp, LLP
                                                        One McKinley Square
                                                       Boston, MA 02109
                                                        Tel. 617-367-1970