UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONE PAINTING/PASTEL TITLED "Jeune<br>Femme Aux Yeux Bleus"<br>by Amedeo Modigliani,<br>　　　　　Defendant.<br>_____<br><br>CARLA BARSOTTI,<br>　　　　　Claimant. | )<br>)<br>)<br>)　Civil Action No. 05-10896-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

The parties file this stipulation of dismissal with prejudice with each side to bear its own costs and fees except as specified in the Settlement Agreement executed in this matter and attached hereto.

|  | Respectfully submitted, |
|---|---|
| CARLA BARSOTTI<br>By her attorney, | MICHAEL J. SULLIVAN,<br>United States Attorney, |
| By:  /s/ Peter B. Krupp/EMC<br>　　　Peter B. Krupp, Esq.<br>　　　Lurie & Krupp LLP<br>　　　One McKinley Square<br>　　　Boston, MA 02109<br>　　　(617) 367-1970 | By:  /s/ Eugenia M. Carris<br>　　　Eugenia M. Carris<br>　　　Assistant U.S. Attorney<br>　　　John Joseph Moakley Courthouse<br>　　　Suite 9200<br>　　　1 Courthouse Way<br>　　　Boston, MA 02210<br>　　　(617) 748-3100 |

Dated: May 19, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>ONE PAINTING/PASTEL TITLED "Jeune<br>Femme Aux Yeux Bleus"<br>by Amedeo Modigliani,<br>        Defendant.<br><br>CARLA BARSOTTI,<br>        Claimant. | Civil Action No. 05-10896-RCL |

## SETTLEMENT AGREEMENT

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Claimant Carla Barsotti, individually and by and through her attorney, Peter B. Krupp, Esq., state:

WHEREAS, on May 2, 2005, the United States filed its Verified Complaint for Forfeiture in Rem ("the Complaint"), alleging that the following property is subject to forfeiture under 18 U.S.C. § 981(a)(1)(A):

> one painting/ pastel titled "Jeune Femme Aux Yeux Bleus" by Amedeo Modigliani (the "Defendant Modigliani");

WHEREAS, the United States asserts that Defendant Modigliani constitutes real or personal property involved in a money laundering conspiracy, in violation of 18 U.S.C. § 1956(h), or property traceable thereto, and therefore is subject to forfeiture under 18 U.S.C. § 981(a)(1)(A);

1

WHEREAS, Defendant Modigliani is owned by Claimant Carla Barsotti;

WHEREAS, on June 20, 2005, the District Court (Lindsay, Reginald C.) issued a Warrant and Monition pursuant to the Complaint;

WHEREAS, on July 1, 2005, Carla Barsotti filed a Claim in this action;

WHEREAS, on July 15, 2005, Carla Barsotti filed an Answer in this action;

WHEREAS, as of this date, no other party has filed a claim to the Defendant Modigliani or answered or otherwise defended against this forfeiture action as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and the time within which to do so has expired;

AND WHEREAS, the parties desire to reach a full and final settlement of this matter;

NOW THEREFORE, it is stipulated and agreed by and between the undersigned parties as follows:

1. No later than Wednesday May 31, 2006, Claimant Carla Barsotti shall deliver to the United States c/o Assistant U.S. Attorney Eugenia M. Carris, J. Joseph Moakley United States Courthouse, Suite 9200, Boston, MA 02210, a Treasurer's Check in the amount of $7,500.00, made payable to the United States Customs and Border Protection, Department of Homeland Security, 10 Causeway Street, Suite 603, Boston, MA 02222.

2. The United States shall release the Defendant Modigliani to Claimant Carla Barsotti, or her designee, at a mutually convenient time no later than Wednesday May 31, 2006.

3. The United States and Claimant Carla Barsotti agree that the settlement of this matter upon the terms and conditions set forth herein is in full, final, and complete satisfaction of any and all civil claims arising out of the maintenance, marketing and forfeiture of the Defendant

2

Modigliani by the United States. Claimant hereby acknowledges, however, that this Settlement Agreement shall have no effect whatsoever upon, and may not be used to offset, any tax obligations, fines, penalties, or any other monetary obligations of the Claimant owed to the Government. The United States of America agrees that it will not seek forfeiture of the Defendant Modigliani in the future based on the same facts and circumstances which led to this forfeiture action.

4. Claimant Carla Barsotti unconditionally releases, indemnifies, and holds harmless the United States, its officers, agents, and employees, including, but not limited to, the United States Department of Justice, the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), United States Customs and Border Protection and any state or local law enforcement departments or officers involved in this litigation, from any and all claims, demands, damages, causes of actions or suits, of whatever kind and/or description and wheresoever situated, which might now or ever exist by reason of, or grow out of or affect, directly or indirectly, the maintenance, marketing, and forfeiture of the Defendant Modigliani.

5. Without in any way limiting the generality of Paragraph 4 above, Claimant Carla Barsotti specifically agrees to waive any and all constitutional claims that she may have arising from or relating in any way to this civil action or the seizure or disposition of the Defendant Modigliani, including claims that this forfeiture violates the Fourth Amendment, the Due Process Clause or the Double Jeopardy Clause of the Fifth Amendment, or the Excessive Fines Clause of the Eighth Amendment of the United States Constitution, or any other provision of federal or state constitutional, statutory or common law.

6. All rights of appeal are hereby waived by all parties. Except as otherwise provided in this Agreement, each party shall bear its own fees, including attorneys fees and other expenses, incurred by it in connection with any of the proceedings pertaining directly or indirectly to this civil forfeiture action.

7. The parties to this Agreement acknowledge that they understand the provisions of this Agreement and the legal effects thereof, and that they are entering into this Agreement freely and voluntarily, without coercion, duress or undue influence.

IN WITNESS WHEREOF, the United States of America, by its attorney, and Claimant Carla Barsotti, both by her attorney and individually, hereby execute this Agreement.

| CARLA BARSOTTI<br>By her attorney, | MICHAEL J. SULLIVAN,<br>United States Attorney, |
|---|---|
| By: _____<br>Peter B. Krupp, Esq.<br>Lurie & Krupp LLP<br>One McKinley Square<br>Boston, MA 02109<br>(617) 367-1970 | By: _____<br>Eugenia M. Carris<br>Assistant U.S. Attorney<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |
| Date: 5-19-06 | Date: 5-19-06 |

Carla Barsotti

_Carla Barsotti_
Date: 8.5. 2006

4