

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-10896-RCL |
|---|---|
| DEFENDANT<br>One Painting/Pastel titled "Jeune Femme Aux Yeux Bleus" by Amedeo Modigliani | TYPE OF PROCESS<br>Settlement Agreement and Stipulation of Dismissal |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize |
|---|---|
| | One Painting/Pastel titled "Jeune Femme Aux Yeux Bleus" by Amedeo Modigliani |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br>EUGENIA M. CARRIS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the attached Eastern Bank IOLTA Account check no. 1502 made payable to the United States Customs and Border Patrol, in the amount of $7,500.00, in lieu of the above-referenced painting, in accordance with the attached Settlement Agreement and Stipulation of Dismissal.

JMD x3296    CATS 01-USC-000444

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>May 19, 2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM<br>Please See Remarks below |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard<br>U.S. Customs & Border Protection    7/24/2006 |

REMARKS: The above referenced check in the amount of $7,500. was deposited to the Treasury Forfeiture Fund (date of suspense deposit was May 22, 06 and date of Forfeiture Fund receipt was June 26, 06). The above referenced painting/pastel was released to John Kane of Fine Arts Enterprises, as designee of Carla Barsotti, on June 08, 2006. (copy of receipt attached)

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY